RECEIVED
IN ALEXANDRIA, LA.

MAR - 7 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES STEVENSON,<br>　　　　Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:10-CV-0-520<br>c/w 1:10-cv-00291 (LEAD CASE) |
| VERSUS | |
| JACK GARNER, et al.,<br>　　　　Defendants | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Stevenson's complaint is dismissed without prejudice.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 7th day of March 2013.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES T. TRIMBLE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE